ACCEPTED
14-16-00724-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
1/2/2017 1:00:10 PM
CHRISTOPHER PRINE
CLERK

**No. 14-16-00724-CV**

In The Court of Appeals For The
Fourteenth District of Texas

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

1/2/2017 1:00:10 PM

CHRISTOPHER A. PRINE
Clerk

_____

**MERRY HOMES, INC.,**

*Appellant,*

**v.**

**LUC DAO,**

*Appellee*

_____

*(On appeal from the 151st District Court of
Harris County, Texas, Cause No. 2009-25771)*

_____

**MOTION TO EXTEND DEADLINE FOR APPELLEE'S BRIEF**

_____

**John S. Fason**
**State Bar No. 06849280**
**701 North Post Oak, Suite 301**
**Houston, Texas 77024**
**FasonEservice@gmail.com**
**Telephone: 713-880-4600**
**Facsimile: 713-880-4602**
*Attorney for Luc Dao,*
*Appellee*

**No. 14-16-00724-CV**

In The Court of Appeals For The
Fourteenth District of Texas

_____

**MERRY HOMES, INC.,**

*Appellant,*

**v.**

**LUC DAO,**

*Appellee*

_____

*(On appeal from the 151ˢᵗ District Court of*
*Harris County, Texas, Cause No. 2009-25771)*
_____

**MOTION TO EXTEND DEADLINE FOR APPELLEE'S BRIEF**
_____

To the Honorable Justices of the Fourteenth Court of Appeals:

Appellee, Luc Dao, requests the Court to grant an extension of the due date for Appellee's Brief, and would respectfully show as follows:

1.   Appellee's Brief is due Monday, January, 2, 2017.  This motion is Appellee's second request for an extension.

2.   Appellee requests an extension of the deadline due to the fact that

Counsel for Appellee recently injured his back, and as a result was unable to complete the brief on time. Counsel for Appellee has four Depositions January 11 through January 14th in a case which is set for trial next month. Counsel for Appellee also has a trial on January 23rd, 2017, on a contempt matter in the 151st District Court.

3. This motion is not sought merely for delay only, but so that justice may be done.

4. Appellee requests a 30 day extension.

5. An effort was made to confer with Jennifer Dean, Counsel for Appellant, to determine if this motion was opposed, but she was unavailable.

Wherefore, premises considered Appellee Luc Dao requests that the Court grant an extension of time for the filing of Appellee's Brief.

Respectfully submitted,
/s/ John S. Fason
John S. Fason
SBN 06849280
701 North Post Oak Rd., Suite 301
Houston, Texas 77024
FasonEservice@gmail.com
713-880-4600; Fax 713-880-4602
**Attorney for Luc Dao,**
**Appellee**

**Certificate of Service**
I hereby certify that a true and correct copy of the foregoing has been served,

on all parties of record as follows by faxing to:

(1) Jennifer M. Dean, 222 Sydney Baker South, Suite 350-D, Kerrville, Texas 77028, Fax 830-257-3588, jenalouis@aol.com, on the 2nd day of January, 2017.

/s/ John S. Fason

John S. Fason